THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. BENNETT, JR., Individually and as Attorney-General, Respondent, *v.* HENRY B. MERRITT, Individually and as Special County Judge of Orange County, et al., Respondents. MICHAEL A. DEVASTO et al., Appellants.

Argued June 11, 1941; decided July 29, 1941.

*Henry Hirschberg, as District Attorney of Orange County,* appellant.

*Henry Grusky* for Michael A. DeVasto, appellant.

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *Edward G. O'Neill* of counsel), respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. Taking no part: DESMOND, J.